```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S 08-390-GEB
12                                 )
             Plaintiff,            )  STIPULATION AND [PROPOSED}
13                                 )  ORDER CONTINUING STATUS
                                   )  CONFERENCE AND EXCLUDING
14       v.                        )  TIME
                                   )
15                                 )
    KEOUDONE NOY PHAOUTHOUM, et al.,)
16                                 )
             Defendants.           )  Hon. Garland E. Burrell
17  _____)
18
19       The parties request that the status conference currently set
20  for November 7, 2008, be continued to January 9, 2009, and
21  stipulate that the time beginning November 7, 2008, and extending
22  through January 9, 2009, should be excluded from the calculation
23  of time under the Speedy Trial Act.  The parties submit that the
24  ends of justice are served by the Court excluding such time, so
25  that counsel for each defendant may have reasonable time
26  necessary for effective preparation, taking into account the
27  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
28  Code T4.
```

1  The parties are in the process of discussing and negotiating
2 various pretrial dispositions.  Each defendant will need time to
3 consider any plea offer he or she may receive.  Additionally,
4 counsel for each defendant needs more time to review the
5 discovery in this case, discuss that discovery with their
6 respective clients, consider evidence that may affect the
7 disposition of this case, and discuss with their clients how to
8 proceed.  The parties stipulate and agree that the interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendants in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

                                  Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

Dated: November 6, 2008       By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

Dated: November 6, 2008       By:/s/ Katherine Lothrop
                                  KATHERINE LOTHROP
                                  Attorney for defendant
                                  Keoudone Noy Phaouthoum

Dated: November 6, 2008       By:/s/ Mark Reichel
                                  MARK REICHEL
                                  Attorney for defendant
                                  Kommala Xayadeth

Dated: November 6, 2008       By:/s/ Johnny Griffin
                                  JOHNNY GRIFFIN
                                  Attorney for defendant
                                  John Li

Dated: November 6, 2008       By:/s/ Michael Bigelow
                                  MICHAEL BIGELOW
                                  Attorney for defendant
                                  Son Nguyen

```
Dated: November 6, 2008        By:/s/ Krista Hart
                                  KRISTA HARTA
                                  Attorney for defendant
                                  Than Nguyen

Dated: November 6, 2008        By:/s/ David Dratman
                                  DAVID DRATMAN
                                  Attorney for defendant
                                  Tuy Nguyen

Dated: November 6, 2008        By:/s/ Carl Larson
                                  CARL LARSON
                                  Attorney for defendant
                                  Khamsou Sida
```

## ORDER

The status conference in case number CR. S 08-390-GEB, currently set for November 7, 2008, is continued to January 9, 2009, and the time beginning November 7, 2008, and extending through January 9, 2009, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  November 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge