**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Son Nguyen

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-08-390 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING STATUS |
| vs. | Date: March 27, 2009<br>Time: 9:00 AM<br>Court: GEB |
| K. N. Phaouthoum, et. al., | |
| Defendant | |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to March 27, 2009 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from January 9, 2009, (the date currently set for the status conference) through

-1-

and including March 27, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: January 8, 2009          Respectfully submitted

/S/MICHAEL  B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                  Dated: January 8, 2009
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                    Dated: January 8, 2009
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

/S/STEVEN BAUER, Esq.,                   Dated: January 8, 2009
Steven Bauer, Esq.,
Attorney for Defendant
Keoudone Noy Phaouthoum

```
1  /S/MARK J. RECHEL, Esq.,                    Dated: January 8, 2009
   Mark J. Reichel, Esq.,
2  Attorney for Defendant
   Kommala Xayadeth
3


4
   /S/JOHNNY L. GRIFFITH III, Esq.,            Dated: January 8, 2009
5  Johnny L. Griffith III, Esq.,
   Attorney for Defendant
6  John Li


7  /S/KRISTA HART, Esq.,                       Dated: January 8, 2009
   Krista Hart, Esq.,
8  Attorney for Defendant
   Than Nguyen
9
   /S/DAVID W. DRATMAN, Esq.,                  Dated: January 8, 2009
10 David W. Dratman, Esq.,
   Attorney for Defendant
11 Tuy Nguyen

12
   /S/CARL E. LARSON, Esq.,                    Dated: January 8, 2009
13 Carl E. Larson, Esq.,
   Attorney for Defendant
14 Khamsou Sida
```

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation, the status conference in the above referenced matter shall be continued until March 27, 2009 at 9:00 PM.

1/8/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-