```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )
                                    )  CR. S 08-390-GEB
12                                  )
              Plaintiff,            )
13                                  )  AMENDED STIPULATION AND
                                    )  [PROPOSED} ORDER CONTINUING
14                                  )  CONTINUING STATUS CONFERENCE
                                    )  AND EXCLUDING TIME
15       v.                         )
                                    )
16                                  )
    KEOUDONE NOY PHAOUTHOUM,        )
17  JOHN LI,                        )
    SON NGUYEN,                     )  Hon. Garland E. Burrell
18  KOMMALA XAYADETH, and           )
    TUY NGUYEN                      )
19                                  )
              Defendants.           )
20  _____)
21
```

22     The parties request that the status conference currently set
23 for June 12, 2009, be continued to June 26, 2009, and stipulate
24 that the time beginning June 12, 2009, and extending through June
25 26, 2009, should be excluded from the calculation of time under
26 the Speedy Trial Act.  The parties submit that the ends of
27 justice are served by the Court excluding such time, so that
28 counsel for each defendant may have reasonable time necessary for

1

1  effective preparation, taking into account the exercise of due
2  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
3     The parties are in the process of discussing and negotiating
4  various pretrial dispositions.  Additionally, counsel for each
5  defendant needs more time to review the discovery in this case,
6  discuss that discovery with their respective clients, consider
7  evidence that may affect the disposition of this case, and
8  discuss with their clients how to proceed.  The parties stipulate
9  and agree that the interests of justice served by granting this
10 continuance outweigh the best interests of the public and the
11 defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: June 10, 2009            By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: June 10, 2009            By: /s/ Steven D. Bauer
                                    STEVEN D. BAUER
                                    Attorney for defendant
                                    Keoudone Noy Phaouthoum

Dated: June 10, 2009            By: /s/ Mark Reichel
                                    MARK REICHEL
                                    Attorney for defendant
                                    Kommala Xayadeth

Dated: June 10, 2009            By: /s/ Johnny Griffin
                                    JOHNNY GRIFFIN
                                    Attorney for defendant
                                    John Li

```
Dated: June 10, 2009          By:/s/ Michael Bigelow
                                 MICHAEL BIGELOW
                                 Attorney for defendant
                                 Son Nguyen


Dated: June 10, 2009          By:/s/ David Dratman
                                 DAVID DRATMAN
                                 Attorney for defendant
                                 Tuy Nguyen
```

## ORDER

The status conference in case number CR. S 08-390-GEB, currently set for June 12, 2009, is continued to June 26, 2009, and the time beginning June 12, 2009, and extending through June 26, 2009, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge