**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr.S-08-390 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING STATUS |
| vs. | ) Date: December 18, 2009 |
| | ) Time: 9:00 AM |
| K. N. Phaouthoum, et. al., | ) Court: GEB |
| Defendant | ) |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to December 18, 2009 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from October 9, 2009, (the date set for the status conference) through and

-1-

including December 18, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: October 9, 2009        Respectfully submitted

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Son Nguyen

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                Dated: October 9, 2009
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW, Esq.,           Dated: October 9, 2009
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

/S/Joseph Wiseman, Esq.,               Dated: October 9, 2009
Steven Bauer, Esq.,
Attorney for Defendant
Keoudone Noy Phaouthoum

1  /S/MARK J. RECHEL, Esq.,              Dated: October 9, 2009
   Mark J. Reichel, Esq.,
   Attorney for Defendant
2  Kommala Xayadeth

3

4  /S/JOHNNY L. GRIFFITH III, Esq.,      Dated: October 9, 2009
   Johnny L. Griffith III, Esq.,
5  Attorney for Defendant
   John Li

6

7  /S/DAVID W. DRATMAN, Esq.,            Dated: October 9, 2009
   David W. Dratman, Esq.,
8  Attorney for Defendant
   Tuy Nguyen

9

10

11

12                              **ORDER**

13         **IT IS ORDERED:** that pursuant to stipulation the above

14  referenced matter shall be continued until December 18, 2009 at

15  9:00 PM, and time excluded for the reasons set forth above.

16  10/16/09

17                            _____
                              GARLAND E. BURRELL, JR.
18                            United States District Judge

-3-