**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CRS 08-390 GEB |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| KEOUDONE PHAOUTHOUM; et al., ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael Beckwith, Assistant United States Attorney, and Defendants, Keoudone Phaouthoum, through his counsel of record, Joseph J. Wiseman, John Li, through his counsel of record, Johnny L. Griffith, Son Nguyen, through his counsel of record, Michael B. Bigelow and Tuy Nguyen, through his counsel of record David Dratman, that the status conference in the above-captioned matter set for Friday, February 12, 2010, be continued to Friday, April 23, 2010, at 9:00 a.m.

The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning February 12, 2010, and extending through April 23, 2010, be ordered excluded from the calculation of time

under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Specifically, defendant's counsel needs additional time to review discovery and potential plea agreements with their respective clients.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated: February 10, 2010                Respectfully submitted,

                                                  JOSEPH J. WISEMAN, P.C.

                                                  By:     /s/ Joseph J. Wiseman

                                                         JOSEPH J. WISEMAN, Esq.
                                                         Attorney for Defendant
                                                         Keoudone Phaouthoum


Dated: February 10, 2010                By:    /s/JOHNNY L. GRIFFITH III
                                                         Johnny L. Griffith III, Esq.
                                                         Attorney for Defendant
                                                         John Li


Dated: February 10, 2010                By:    /s/ MICHAEL B. BIGELOW
                                                         Michael B. Bigelow, Esq.
                                                         Attorney for Defendant
                                                         Son Nguyen


Dated: February 10, 2010                By:    /s/DAVID W. DRATMAN
                                                         David W. Dratman, Esq.
                                                         Attorney for Defendant
                                                         Tuy Nguyen

1 | Dated: February 10, 2010            LAWRENCE G. BROWN
2 |                                      United States Attorney
3 |                                 By:    /s/ Michael Beckwith
4 |                                      MICHAEL BECKWITH, AUSA
  |                                      Attorney for Plaintiff
5 |                                      UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to April 23, 2010 at 9:00 a.m.

2/11/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

3

Stipulation And Proposed Order To Continue Status Conference                    Case No. **CRS 08-390 GEB**