**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-390 GEB |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | STIPULATION AND PROPOSED ORDER |
| vs. ) | CONTINUING STATUS |
| ) | |
| SON NGUYEN ) | Date: August 6, 2010 |
| TUY NGUYEN ) | Time: 9:00 AM |
| JOHN LI ) | Court: GEB |
| ) | |
| Defendants ) | |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matters be continued to August 6, 2010 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in active plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from June 11, 2010, (the date set for the status conference) through and

-1-

including August 6, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: June 8, 2010,                    Respectfully submitted


                                        /S/MICHAEL  B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Son Nguyen


**IT IS SO STIPULATED**


/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                 Dated: June 8, 2010
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,            Dated: June 8, 2010,
Michael B. Bigelow
Attorney for Defendant
Son Nguyen


/S/JOHNNY L. GRIFFITH III, Esq.,        Dated: June 8, 2010
Johnny L. Griffith III, Esq.,
Attorney for Defendant
John Li


/S/DAVID W. DRATMAN, Esq.,              Dated: June 8, 2010
David W. Dratman, Esq.,
Attorney for Defendant
Tuy Nguyen

-2-

**ORDER**

    **IT IS ORDERED:** that pursuant to stipulation the above referenced matters shall be continued until August 6, 2010 at 9:00 PM, and time excluded for the reasons set forth above.

6/9/10

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```