**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SON NGUYEN, <br> TUY NGUYEN <br><br> Defendant | Case No. Cr.S-08-390 GEB <br><br> STIPULATION AND PROPOSED ORDER CONTINUING STATUS <br><br> Date: November 5, 2010 <br> Time: 9:00 AM <br> Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to November 5, 2010 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in active plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from August 6, 2010, (the date set for the status conference) through and

1  including November 5, 2010, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
4  continuity and preparation of counsel.

6  DATED: August 4, 2010,                  Respectfully submitted

8                                          /S/MICHAEL  B. BIGELOW
                                           Michael B. Bigelow
9                                          Attorney for Son Nguyen

11 **IT IS SO STIPULATED**

13 /S/MICHAEL BECKWITH, Esq.,
   Michael Beckwith, Esq.,                 Dated: August 4, 2010
14 Assistant United States Attorney
   Attorney for Plaintiff

16 /S/MICHAEL B. BIGELOW, Esq.,            Dated: August 4, 2010,
   Michael B. Bigelow
17 Attorney for Defendant
   Son Nguyen

19 /S/DAVID W. DRATMAN, Esq.,              Dated: August 4, 2010
   David W. Dratman, Esq.,
20 Attorney for Defendant
   Tuy Nguyen

**ORDER**

  **IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until November 5, 2010 at 9:00 PM, and time excluded for the reasons set forth above.

8/4/10

_____
GARLAND E. BURRELL, JR.
United States District Judge