1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   TUY NGUYEN
7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,           **Cr. S-08-0390 GEB**

13          Plaintiff,                  **STIPULATION AND
                                        [PROPOSED] ORDER**
14      vs.                             **CONTINUING STATUS
                                        CONFERENCE AND
15  TUY NGUYEN, et al.,                 EXCLUDING TIME UNDER
                                        THE SPEEDY TRIAL ACT**
16          Defendants.

17

18       IT IS HEREBY STIPULATED between the United States of America, through its

19  attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, Tuy Nguyen, through

20  his attorney, David W. Dratman, that the status conference scheduled for November 5, 2010

21  be continued to December 17, 2010 at 9:00 a.m.

22       Defense counsel requests the exclusion of additional time under the Speedy Trial Act,

23  because he has been engaged in either trial or preparation for trial since July 2010 and to

24  enable defense counsel to continue to review the voluminous discovery provided to date; and,

25  to discuss a pretrial disposition.

26       The parties stipulate and agree that the the interests of justice served by granting this

27  continuance outweigh the best interests of the public and the defendant in a speedy trial; and,

28  that time from the date of this stipulation, November 4, 2010 through and including

December 17, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated:  November 4, 2010          /s/ David W. Dratman
                                  DAVID W. DRATMAN
                                  Attorney for Defendant
                                  TUY NGUYEN

Dated:  November 4, 2010          BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  By: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney
                                  *Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant's continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 4, 2010, to and including December 17 , 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

It is so ordered.

Dated:  November 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge