**NguyeMICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Son Nguyen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SON NGUYEN,<br>TUY NGUYEN<br><br>            Defendant | Case No. Cr.S-08-390 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS<br><br>Date: February 18, 2011<br>Time: 9:00 AM<br>Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that status conference in the above referenced matter be continued to February 11, 2011 at 9:00 AM.

The basis for this request is that defense counsel are continuing to negotiate with the government to resolve this matter. With respect to defendant Son Nguyen a Preliminary PSR was just received and forms the basis for new discussions. It is

-1-

hoped and anticipated that resolution will occur by February 18, 2011.

    IT IS FURTHER STIPULATED that the period from December 17, 2010, (the date set for the previous status conference) through and including February 18, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: January 4, 2011                  Respectfully submitted

                                        /S/MICHAEL B. BIGELOW
                                        Michael B. Bigelow
                                        Attorney for Son Nguyen

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,              Dated: January 4, 2011
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW, Esq.,        Dated: January 4, 2011
Michael B. Bigelow
Attorney for Defendant
Son Nguyen

/S/DAVID W. DRATMAN, Esq.,          Dated: January 4, 2011
David W. Dratman, Esq.,
Attorney for Defendant
Tuy Nguyen

-2-

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until February 18, 2011 at 9:00 PM, and time excluded for the reasons set forth above.
1/5/11

GARLAND E. BURRELL, JR.
United States District Judge