```
DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com


Attorney for Defendant
TUY NGUYEN
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SON NGUYEN, TUY NGUYEN, et al.,<br><br>Defendants. | Cr. S-08-0390 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Tuy Nguyen, through his attorney, David W. Dratman; and, Son Nguyen, through his attorney, Michael B. Bigelow, that the status conference scheduled for February 18, 2011 be continued to March 18, 2011 at 9:00 a.m.

Defense counsel request the exclusion of additional time under the Speedy Trial Act, because defense counsel are engaged in ongoing negotiations with the government regarding a pretrial disposition on behalf of both defendants, which each hopes to complete for entry of plea on March 18, 2011.

The parties stipulate and agree that the the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial; and, that time from the date of this stipulation, February 11, 2011 through and including March

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE...

18, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

Dated:  February 11, 2011            /s/ David W. Dratman
                                     DAVID W. DRATMAN
                                     Attorney for Defendant
                                     TUY NGUYEN

Dated:  February 11, 2011            /s/ Michael B. Bigelow
                                     MICHAEL B. BIGELOW
                                     Attorney for Defendant
                                     SON NGUYEN
                                     *Signed with permission

Dated:  February 11, 2011            BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY

                                     By: /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney
                                         *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant's continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, February 11, 2011, to and including March 18, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

1    It is so ordered.

2   Dated: February 14, 2011

3
4   _____
5   GARLAND E. BURRELL, JR.
    United States District Judge

...