DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
TUY NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TUY NGUYEN, et al.,<br><br>  Defendants. | Cr. S-08-0390 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Tuy Nguyen, through his attorney, David W. Dratman; that the status conference scheduled for April 1, 2011, be continued to May 6, 2011 at 9:00 a.m.

Defense counsel request the exclusion of additional time under the Speedy Trial Act, because defense counsel is engaged in ongoing negotiations with the government regarding a pretrial disposition, which counsel hopes to complete for entry of plea on May 6, 2011.

The parties stipulate and agree that the the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial; and, that time from the date of this stipulation, April 1, 2011 through and including May 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

1  and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

2  Dated: March 31, 2011             /s/ David W. Dratman
                                      DAVID W. DRATMAN
3                                     Attorney for Defendant
                                      TUY NGUYEN

5  Dated: March 31, 2011             BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

7                                     By: /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
8                                        Assistant U.S. Attorney
                                         *Signed with permission

10                                   ORDER

11      The Court, having considered the stipulation of the parties, and good cause appearing
12  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the
13  stipulation of the parties, the Court finds that the failure to grant a continuance in this case
14  would deny defense counsel reasonable time necessary for effective preparation, taking into
15  account the exercise of due diligence, and defendant's continuity of counsel.  The Court
16  specifically finds that the ends of justice served by the granting of such continuance outweigh
17  the interests of the public and that the time from the date of the stipulation, April 1, 2011, to
18  and including May 6, 2011, shall be excluded from computation of time within which the
19  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
20  3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and
21  continuity of defense counsel).

22      It is so ordered.

23  Dated:  April 1, 2011

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge