DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
TUY NGUYEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>TUY NGUYEN, et al.,<br><br>　　　　　　Defendants. | Cr. S-08-0390 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; and, Tuy Nguyen, through his attorney, David W. Dratman; that the Judgment and Sentencing scheduled for August 3, 2012, be continued to August 31, 2012 at 9:00 a.m.

Dated: July 30, 2012　　　　　　　　　/s/ *David W. Dratman*
　　　　　　　　　　　　　　　　　　DAVID W. DRATMAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　TUY NGUYEN


Dated: July 30, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　By: /s/ *Michael M. Beckwith*
　　　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　*Signed with permission

<u>ORDER</u>

It is so ordered.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge