UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TUY NGUYEN,<br><br>　　　　Defendant. | No. 2:08-cr-00390-GEB<br><br><br>**ORDER** |

　　　　The Order filed November 6, 2015, (ECF No. 228), which issued an arrest warrant is withdrawn.

　　　　A summons issues that shall be served by the United States Probation Office requiring the supervisee to appear before the undersigned judge on November 20, 2015, at 9:00 a.m.

Dated:　November 10, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1