HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
TUY NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:08-cr-00390 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| | ) Date: January 15, 2016 |
| TUY NGUYEN, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through  Jeremy James Kelley, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney

for  Tuy Nguyen that the status conference, currently scheduled for  January 15, 2016, be

continued to March 11, 2016 at 9:00 a.m.

Defense counsel requires additional time due to Mr. Nguyen's state court hearing on

January 15, 2016, the outcome of which will bear on the disposition of his revocation

proceedings. The parties agree to trail the hearing to determine the outcome of his state court

case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including March 11, 2016;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                                    Respectfully submitted,

4    Dated: January 8, 2016           HEATHER E. WILLIAMS
                                      Federal Defender
5
                                      */s/ Jerome Price*
6                                      JEROME PRICE
                                      Assistant Federal Defender
7                                      Attorney for Defendant

8    Dated: January 8, 2016
9                                      BENJAMIN B. WAGNER
                                      United States Attorney
10
                                      */s/ Jeremy James Kelley*
11                                     JEREMY JAMES KELLEY
                                      Assistant U.S. Attorney
12                                     Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 11, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  January 15, 2016 status conference shall be continued until March 11, 2016, at 9:00 a.m.

Dated:  February 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge